**No. 10-8136. Jaime Diaz Aspina, Petitioner v. United States.**

562 U.S. 1236, 131 S. Ct. 1513, 179 L. Ed. 2d 336, 2011 U.S. LEXIS 1533.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 280.

**No. 10-8142. Tyrone Davis, Petitioner v. United States.**

526 U.S. 1236, 131 S. Ct. 1513, 179 L. Ed. 2d 336, 2011 U.S. LEXIS 1606.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 616.

**No. 10-8143. Otis Sanford, Petitioner v. Georgia.**

562 U.S. 1237, 131 S. Ct. 1514, 179 L. Ed. 2d 336, 2011 U.S. LEXIS 1697.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 287 Ga. 351, 695 S.E.2d 579.

**No. 10-8147. Danny Sartain, Petitioner v. Montana.**

562 U.S. 1237, 131 S. Ct. 1514, 179 L. Ed. 2d 336, 2011 U.S. LEXIS 1668.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 357 Mont. 483, 241 P.3d 1032.

**No. 10-8148. Elvin B. Simpson, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1237, 131 S. Ct. 1514, 179 L. Ed. 2d 336, 2011 U.S. LEXIS 1645.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8151. Juan Castillo-Campos, Petitioner v. United States.**

562 U.S. 1237, 131 S. Ct. 1514, 179 L. Ed. 2d 336, 2011 U.S. LEXIS 1556.

February 22, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 987 A.2d 476.

**No. 10-8154. Lavaud Desmoulins, Petitioner v. City of New York, New York, et al.**

562 U.S. 1237, 131 S. Ct. 1514, 179 L. Ed. 2d 336, 2011 U.S. LEXIS 1693.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 394 Fed. Appx. 785.